UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN MIZE,<br><br>    Plaintiff,<br><br>  v.<br><br>STANISLAUS COUNTY SHERIFF'S DEPT, ET AL.,<br><br>    Defendants. | Case No.  1:22-cv-01322-HBK<br><br>ORDER NOTING VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS UNDER FED. R. CIV. P. 41(a)(1)(A)(i)<br><br>(Doc. No. 14) |

Plaintiff Branden Mize is proceeding *pro se* and *in forma pauperis* on his 28 U.S.C. § 1915A claim. (Doc. Nos. 1, 10). On March 21, 2023, this Court issued a Screening Order of Plaintiff's Complaint requiring Plaintiff to either (1) file a notice with the Court that he is willing to proceed only on the claims the court found cognizable in its screening order; (2) file an amended complaint consistent with the screening order; or (3) notify the Court that he does not agree to go forward only on the claims found cognizable in the screening order and file an appropriate amended complaint. (Doc. No. 13 at 7-8). On April 3, 2023, Plaintiff filed a notice citing to Rule 41 and stating he desired to proceed only with the claims found cognizable by this Court's Screening Order and wished to voluntarily dismiss the other defendants and claims deemed not cognizable. (Doc. No. 14).

Plaintiff may voluntarily dismiss an action without a court order by filing a notice of

dismissal before the opposing party answers his complaint. Fed. R. Civ. P. 41 (a)(1)(A)(i). As discussed in this Court's March 21, 2023, Screening Order, Plaintiff's Complaint stated a cognizable Eighth Amendment claim for excessive force against Defendants Ayon, Lloyd and Houbein but no other claims. (*See* Doc. No. 13 at 5-6). In accordance with Plaintiff's notice of voluntary dismissal under Rule 41, Plaintiff's claims against Defendant T. Cleveland and Stanislaus County Sheriff's Department are dismissed without prejudice by operation of law. (*See* Doc. No. 14); *see also* Fed. R. Civ. P. 41(a)(1)(A)(i).

The Court will direct service on Defendants Ayon, Lloyd and Houbein by separate order.

Accordingly, it is **ORDERED**:

The Clerk of Court shall correct the docket to reflect Plaintiff's voluntary dismissal of Defendant T. Cleveland and Stanislaus County Sheriff's Department.

Dated:   April 5, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2