DAN FARRAR
Attorney at Law
SBN 155217
P.O. Box 3382
Turlock CA 95381-3382
Telephone (209)634-5500
Facsimile (209)634-5556

Attorney for Defendants

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brandon Mize,<br>          Plaintiff,<br>   v.<br>Stanislaus County Sheriff's Department, et al,<br>          Defendants. | No.   1:22-cv-01322-HBK<br><br>Stipulation and Proposed Order re Amending Discovery and Scheduling Order<br><br>Date Action Filed: 10-18-22<br>Judge:    Helena M. Barch-Kuchta |

The parties to this action stipulate and agree to the following:

1.  The discovery cutoff is May 24, 2024, per the Court's scheduling and discovery order. (Doc. 26.)

2.  On April 11, 2024, defendants properly served a notice of deposition on Mr. Mize, scheduling his deposition for 10:00 a.m. on April 30, 2024. Defendants' attorney emailed Mr. Mize on April 29, 2024, asking if he was going to attend his deposition and offering to arrange for a remote appearance. Mr. Mize did not respond. Counsel emailed Mr. Mize at 10:13 a.m. on April 30, 2024, asking him confirm his intentions. Mr. Mize did not respond and did not appear for his deposition. Counsel emailed him at 3:22 p.m. on April 30, 2024: "Obviously you did not show up for your deposition. Are you willing to be deposed this week? Please let me know as soon as possible, otherwise I have to file a motion with the court." Plaintiff did not respond.

3.  On May 23, 2024, Mr. Mize contacted defendants' counsel and apologized for not responding to the emails or appearing at his deposition. Mr. Mize explained that he had

Stipulation and Proposed Order re Amending Discovery and Scheduling Order                              1

mail and computer issues that prevented him from receiving the deposition notice and the emails.

4. Mr. Mize agrees to appear for his deposition on a mutually convenient date and at a mutually convenient time during the month of June. The parties agree he can appear in person or remotely.

5. The parties request the Court issue its order allowing plaintiff's deposition to be taken during the month of June, which is after the discovery cutoff.

Respectfully submitted.

5/24/24                                      Signature Attached
Date: _____   By: _____
                                             Branden Mize, plaintiff


Date: June 7, 2024

                                             /S/ Dan Farrar
                                             Dan Farrar
                                             Attorney for Defendants

## ORDER

Good cause appearing, the scheduling and discovery order is amended to allow plaintiff to be deposed by the end of June, 2024.


Date: _____   By: _____
                                             Judge

---

Stipulation and Proposed Order re Amending Discovery and Scheduling Order         2

me know as soon as possible, otherwise I have to file a motion with the court." Plaintiff did not respond.

3.  On May 23, 2024, Mr. Mize contacted defendants' counsel and apologized for not responding to the emails or appearing at his deposition. Mr. Mize explained that he had mail and computer issues that prevented him from receiving the deposition notice and the emails.

4.  Mr. Mize agrees to appear for his deposition on a mutually convenient date and at a mutually convenient time during the month of June. The parties agree he can appear in person or remotely.

5.  The parties request the Court issue its order allowing plaintiff's deposition to be taken during the month of June, which is after the discovery cutoff.

Respectfully submitted.

Date: 5/24/24        By: _____
                          Branden Mize, plaintiff

Date: May 24, 2024

/S/ Dan Farrar
Dan Farrar
Attorney for Defendants

ORDER

Good cause appearing, the scheduling and discovery order is amended to allow plaintiff to be deposed by the end of June, 2024.

Date: _____  By: _____
                                    Magistrate Judge

# PROOF OF SERVICE

**Case Name:**  Mize v. Stanislaus County Sheriff's Department, et al.
**Case No.:**   1:22-cv-01322-HBK (PC)

I am a citizen of the United States. My business address is 600 East Main Street, Suite 100, Turlock, California, 95380. I am employed in the County of Stanislaus, where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document described as:

Stipulation and Proposed Order re Amending Discovery and Scheduling Order

___  (Email) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

_X_  (Ordinary Course of Business) by placing each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing following ordinary business practices.

___  (Personal Service) I caused such envelopes to be delivered by hand this date to the offices of the addressees.

___  (Overnight Delivery) I caused such envelopes to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the persons on whom it is to be served.

Brandon Scott Mize
600 Marathon Drive
Apt. #68
Campbell, CA 95008

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Turlock, California on June 7, 2024.

/s/ Dan Farrar

Dan Farrar